FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 01, 2020

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ELDON LESTER LEINWEBER,<br><br>Defendant. | No. 2:19-CR-00209-WFN-1<br><br>ORDER GRANTING DEFENDANT'S MOTION TO MODIFY RELEASE CONDITIONS<br><br>**MOTION GRANTED**<br>    **(ECF No. 24)** |

Before the Court is Defendant's Unopposed Motion to Modify Conditions of Release, **ECF No. 24**. Defendant recites in his motion that the United States and U.S. Probation do not oppose this request.

Specifically, Defendant requests to modify release condition #14 and allow him to travel to the Western District of Washington. Presently, the Defendant can travel to the Western District of Washington with permission from Pretrial Services for medical appointments only.

The Court finding good cause, **IT IS ORDERED** Defendant's Motion, **ECF No. 24**, is **GRANTED**. Defendant is permitted to travel to the Western District of Washington with *prior* permission from Pretrial Services. Prior to each departure from this district, Defendant shall provide the address where he will reside and a phone number where he can be contacted at any time.

ORDER - 1

All other terms and conditions of pretrial release not inconsistent herewith shall remain in full force and effect.

**IT IS SO ORDERED.**

DATED June 1, 2020.



_____
JOHN T. RODGERS
UNITED STATES MAGISTRATE JUDGE

ORDER - 2