FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 28, 2022

SEAN F. McAVOY, CLERK

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ELDON LESTER LEINWEBER,<br><br>Defendant. | No. 2-19-CR-00209-WFN-1<br><br>ORDER GRANTING DEFENDANT'S MOTION TO CONTINUE PRETRIAL SUPERVISION AND RESIDENCY IN WESTERN WASHINGTON<br><br>**MOTION GRANTED**<br>**(ECF No. 68)** |

Before the Court is Defendant ELDON LESTER LEINWEBER's Motion to Continue Pretrial Supervision and Residency in Western Washington. **ECF No. 68**. The Court previously granted Defendant's Motion to Modify Conditions of Release Transfer Pretrial Supervision to the Western District of Washington, ECF No. 61, until April 1, 2022. Defendant now requests that the Court continue his pretrial supervision and residency in Western Washington, where the Defendant has been living near family without issue since December 2021.

The United States defers to U.S. Probation and the Court. U.S. Probation in Western Washington does not oppose this request.

The Court finding good cause, **IT IS ORDERED** Defendant's Motion, **ECF No. 68,** is **GRANTED**. Defendant's pretrial supervision and residency in the Western District of Washington is now continued to October 1, 2022.[1] United

---

[1] This date is necessarily subject to modification and may be superseded depending

ORDER - 1

States Probation in the Western District of Washington will continue pretrial supervision of Defendant until October 1, 2022, and refer any violations of pretrial release to Pretrial Services in the Eastern District of Washington for referral to this Court for disposition.  Accordingly, **Pretrial Release Condition Number 14 is hereby modified to read as follows**:

> **(14)**    Defendant may reside in the Western District of Washington until October 1, 2022, at an address approved by Pretrial Services while the case is pending.  While this condition is in effect, Defendant may travel from the Western District of Washington to the Eastern District of Washington for purposes of attending any legal hearings, meeting with counsel or other defense-related reasons upon prior notice to Pretrial Services.  Prior to each departure from the Western District of Washington, Defendant shall provide the address where he will reside in the Eastern District of Washington and any other contact information requested by Pretrial Services.  By timely motion clearly stating whether opposing counsel and Pretrial Services objects to the request, Defendant may be permitted to travel outside the geographical area of the Western District of Washington for other purposes.  After October 1, 2022, Defendant shall return to the Eastern District of Washington and reside at an address approved by Pretrial Services and the previously imposed Release Condition Number 14 shall return to full force and effect.

After October 1, 2022, the prior Pretrial Release Condition Number 14 (as previously set forth at ECF No. 13 and modified by ECF No. 61) shall be in effect as set forth below:

> **(14)**    Defendant shall remain in the Eastern District of Washington while the case is pending with the exception of travel to the Western District of Washington *provided*

_____

on the timing of the disposition of this case and the nature of the disposition of this case.

ORDER - 2

prior permission is obtained from Pretrial Services.  Prior to each departure from the Eastern District of Washington, Defendant shall provide the address where he will reside in the Western District of Washington and any other contact information requested by Pretrial Services.  By timely motion clearly stating whether opposing counsel and Pretrial Services object to the request, Defendant may be permitted to travel outside this geographical area.

**Defendant is reminded that the jury trial in this matter is currently scheduled for October 24, 2022, in Spokane, Washington and Defendant shall appear in the Eastern District of Washington for the jury trial and all other scheduled court hearings.**  *See* **ECF No. 67.**

All other terms and conditions of pretrial release previously imposed shall remain in full force and effect.

**IT IS SO ORDERED.**

DATED March 28, 2022.



_____
JAMES A. GOEKE
UNITED STATES MAGISTRATE JUDGE

ORDER - 3